No. 706, Misc. SMITH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Guy W. Calissi* for respondent.

No. 721, Misc. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 731, Misc. BECK ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Melvin L. Wulf* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 732, Misc. CHING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 567, Misc. WHITE *v.* NORTH CAROLINA. Motion of *Brainerd Currie* for leave to file a brief, as *amicus curiae,* granted. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Wade H. Penny, Jr.,* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for respondent. *Brainerd Currie, pro se,* on the motion to file a brief, as *amicus curiae,* in support of the petition.

No. 704, Misc. WHITED *v.* PITCHESS, SHERIFF. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and for other relief denied.